# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Latin American Mechanical Rights
Collection Agency
      v.                          CASE NUMBER: 98-1534 (HL)
Marti, Flores, Prieto & Wachtel Adverstising



| MOTION | ORDER |
|---|---|
| **Date Filed:** 1.26.99  **Docket #30**<br>[ ] Plffs  [x] Defts  [ ] Other<br>**Title:** Motion for leave to file reply | Granted. The Clerk shall enter the tendered reply. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 2.1.99  **Docket #31**<br>[ ] Plffs  [x] Defts  [ ] Other<br>**Title:** Motion to strike affidavit | The unopposed motion is hereby granted. The Court shall not consider the submitted affidavit in making its ruling on the dispositive motion. |

                                      HECTOR M. LAFFITTE
**September 30, 1999**          Chief U.S. District Judge



