UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LATIN AMERICAN MECHANICAL
RIGHTS COLLECTION AGENCY, INC.

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 98-1534 (JAG)

MARTI, FLORES, PRIETO & WATCHELL,
ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 09/20/00<br>Title: Motion for Withdrawal of Legal Representation<br>Docket: 37<br>[x] Plffs   [ ] Defts   [ ] Other | **GRANTED** as requested. |

Date: 09/29/00

JAY A. GARCIA-GREGORY
U.S. District Judge