UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LATIN AMERICAN MECHANICAL
RIGHTS COLLECTION AGENCY, INC.

    **Plaintiff(s)**

        v.                        CIVIL NUMBER: 98-1534 (JAG)

MARTI, FLORES, PRIETO & WATCHELL,
ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/26/01<br>**Title:** Motion of Defendant Marti, Flores, Preito & Watchel Advertising, Inc. to Respond to Order Concerning Questionnaire<br>**Docket:** 40<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** |

Date:  February 15, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge