## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LATIN AMERICAN MECHANICAL
RIGHTS COLLECTION AGENCY, INC.

    **Plaintiff(s)**

        v.                        **CIVIL NUMBER:** 98-1534 (JAG)

MARTI, FLORES, PRIETO & WATCHELL,
ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/23/01<br>**Title:** Motion Assuming Legal Representation<br>**Docket:** 42<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** |

Date: May 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

