# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LATIN AMERICAN MECHANICAL
RIGHTS COLLECTION AGENCY,
INC., also known as LAMRICA

**Plaintiff(s)**                                    CIVIL NO.   98-1534 (JAG)

v.

MARTI, FLORES, PRIETO &
WATCHEL ADVERTISING, INC., et al

**Defendant(s)**

---

## ORDER

All dispositive motions in this case are referred to Magistrate-Judge Aida M. Delgado for a report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge