UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2002 APR 23  AM 11: 44
RECEIVED AND FILED*

LATIN AMERICAN MECHANICAL
RIGHTS COLLECTION AGENCY, INC.

**Plaintiff(s)**

v.

CIVIL NO.   98-1534 (JAG)

MARTI, FLORES, PRIETO & WATCHELL,
ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/11/02<br>**Title:** Motion for Extension of Time to Object to the Magistrate-Judge's Report and Recommendation<br>**Docket:** 49<br><br>[ ] Plffs   [X] Defts   [ ] Other | **GRANTED.** |

Date: May 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge