IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LATIN AMERICAN MECHANICAL
RIGHTS COLLECTION AGENCY,
INC.

    **Plaintiff,**

    v.

MARTI, FLORES, PRIETO &
WACHTEL ADVERTISING, INC.,
et al.

    **Defendants.**

CIVIL NO. 98-1534(JAG)

---

### ORDER

On March 27, 2002, Magistrate-Judge Aida Delgado issued a Report and Recommendation in which she concluded, <u>inter alia</u>, that Counts Two and Three of the Complaint should be dismissed. Plaintiffs have not filed objections to those recommendations. Since the time for filing objections has now elapsed, the Court <u>adopts</u> the recommendations and dismisses the two claims. Partial judgment will enter accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of April, 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge