IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LATIN AMERICAN MECHANICAL
RIGHTS COLLECTION AGENCY,
INC.

CIVIL NO. 98-1534(JAG)

**Plaintiff,**

v.

MARTI, FLORES, PRIETO &
WACHTEL ADVERTISING, INC.,
et al.

**Defendants.**

---

**PARTIAL JUDGMENT**

In accordance with the order issued today, the Court hereby enters partial judgment dismissing Counts Two and Three of the Complaint with prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of April, 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge