UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2002 MAY -1 AM 10: 42
RECEIVED AND FILED

LATIN AMERICAN MECHANICAL
RIGHTS COLLECTION AGENCY, INC.

**Plaintiff(s)**

CIVIL NO.   98-1534 (JAG)

v.

MARTI, FLORES, PRIETO & WATCHELL,
ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed:  04/24, 25/02<br>Title: Motions for Extension of Time<br>Docket: 51, 52 | **GRANTED**. |

[ ] Plffs   [X] Defts   [ ] Other

Date:  April 29, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

