IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LATIN AMERICAN MECHANICAL
RIGHTS COLLECTION AGENCY,
INC.

    **Plaintiff,**

    v.

MARTI, FLORES, PRIETO &
WACHTEL ADVERTISING, INC.,
et al.

    **Defendants.**

CIVIL NO. 98-1534(JAG)

## JUDGMENT

In accordance with the Opinion and Order issued today, the Court enters judgment dismissing Count One of the Complaint with prejudice. This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of May, 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge


(4) CT DEPUTY